**LAW OFFICES OF LORNE M. REITER, LLC**
124 FIRST AVENUE
ATLANTIC HIGHLANDS, NEW JERSEY 07716

TEL. (732) 747-9555
FAX (732) 626-6800

| | |
|---|---|
| LORNE M. REITER * | NEW YORK OFFICE |
| LAURA C. JOHNSON + <br> VANESSA L. KOPPEL ^ <br> SHARON B. MORELAND # | 14 WALL STREET, 20TH FLOOR <br> NEW YORK, NY 10005 <br> (212) 222-0955 <br> (212) 202-4784 FAX |
| * ADMITTED NEW YORK & NEW JERSEY <br> + ADMITTED NEW JERSEY & COLORADO <br> ^ ADMITTED NEW JERSEY <br> # ADMITTED NEW YORK, NEW JERSEY & MASSACHUSETTS | lreiter@lreiterlaw.com |

October 16, 2020

Honorable Ann Marie Donio
United States Magistrate Judge
U.S. District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

   Re: Hooshang Nikoo et al. v. Norman Cameron, Transervice Logistics, LLC, et als.
      Civil action number: 18-cv-11621-RBK-AMD

Honorable Madam:

  The docket will reflect that the above matter has not been closed by stipulation of the parties to dismiss the matter as the plaintiffs filed a Motion for Approval of Reasonable Attorney Fees and a Motion to Seal.

  My clients have requested of me a status of the filing of the stipulation of dismissal. Counsel for the plaintiffs has indicated that he cannot agree to the filing of the stipulation given his outstanding Motion.

  On behalf of the defendants, we respectfully request guidance as to the filing of the stipulation of dismissal given the current posture.

  Thank you for your consideration.

             Respectfully submitted,

             s/Lorne M. Reiter

             LORNE M. REITER

LMR:lms
cc: Kevin O'Brien, Esq.